USDC SCAN INDEX SHEET

















JPP    1/15/04    15:21

3:04-CV-00093   DIGCOM INC V. BROADCOM CORP INTL

*1*

*CMP.*

MAZZARELLA, DUNWOODY & CALDARELLI LLP
Dana J. Dunwoody (SBN 119696)
550 West "C" Street, Suite 700
San Diego, California  92101-8575
(619) 238-4900
Facsimile: (619) 238-4959

Edward W. Goldstein
Christopher M. Faucett
Corby Vowell
GOLDSTEIN & FAUCETT, LLP
1177 West Loop South, Suite 400
Houston, TX 77027
(713) 877-1515

04 JAN 14 PM 3: 10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

**ORIGINAL**

Attorneys for Plaintiff DIGCOM, INC.

## IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGCOM, INC., a California Corporation, | Case No. 04 CV 0 0 0 9 3 LAB   (BLM) |
| Plaintiff, | **ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT** |
| vs. | |
| BROADCOM CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; INFINEON TECHNOLOGIES NORTH AMERICA CORP.; NATIONAL SEMICONDUCTOR CORPORATION; PRAIRIECOMM, INC.; SILICON LABORATORIES, INC.; SKYWORKS, INC.; TEXAS INSTRUMENTS, INC., | **Demand for Jury Trial** |
| Cross-Defendants. | |

Plaintiff Digcom, Inc. ("Digcom") files this complaint against defendants Broadcom Corporation ("Broadcom"), International Business Machines Corporation ("IBM"), Infineon Technologies North America Corp. ("Infineon"),National Semiconductor Corporation ("National Semiconductor"), Prairiecomm, Inc. ("Prairiecomm"), Silicon Laboratories,

1

1 | Inc. ("Silicon Labs"), Skyworks, Inc. ("Skyworks"), and Texas Instruments, Inc.

2 | ("TI"), and alleges as follows:

3

## THE PARTIES

4

5 | 1. Digcom is a corporation organized and existing under the laws of the State

6 | of California, with its principal place of business at 44685 Country Club Drive, El

7 | Macero, California 95618.

8 | 2. Broadcom, on information and belief, is a corporation organized under the

9 | laws of the State of California. Broadcom is doing business in California and, on

10 | information and belief, has a principal place of business at 16215 Alton Pkwy., Irvine,

11 | CA 92618. Broadcom may be served with process by serving its registered agent,

12 | National Registered Agents, Inc., 2030 Main Street, Ste. 1030, Irvine, CA 92614.

13 | 3. IBM, on information and belief, is a corporation organized under the laws

14 | of the State of New York. IBM is doing business in California and, on information

15 | and belief, has a principal place of business at New Orchard Road, Armonk, NY

16 | 10504. IBM may be served with process by serving its registered agent, C T

17 | Corporation System, 818 West Seventh Street, Los Angeles, CA 90017.

18 | 4. Infineon, on information and belief, is a corporation organized under the

19 | laws of the State of Delaware. Infineon is doing business in California and, on

20 | information and belief, has a principal place of business at 186 Wood Ave., South,

21 | Iselin, NJ 08830. Infineon may be served with process by serving its registered agent,

22 | C T Corporation System, 818 West Seventh Street, Los Angeles, CA 90017.

23 | 5. National Semiconductor, on information and belief, is a corporation

24 | organized under the laws of the State of Delaware. National Semiconductor is doing

25 | business in California and, on information and belief, has a principal place of business

26 | at 2900 Semiconductor Drive, Santa Clara, CA 95052. National Semiconductor may

27 | be served with process by serving its registered agent, C T Corporation system, 818

28 | West Seventh Street, Los Angeles, CA 90017.

COMPLAINT FOR
PATENT INFRINGEMENT

6.  Prairiecomm, on information and belief, is a corporation organized under the laws of the State of Illinois.  Prairiecomm is doing business in California and, on information and belief, has a principal place of business at 1600 Golf Road, suite 600, Rolling Meadows, IL  60008. Prairiecomm may be served with process by serving its registered agent, C T Corporation System, 818 West Seventh Street, Los Angeles, CA 90017.

7.  Silicon Labs, on information and belief, is a corporation organized under the laws of the State of Delaware.  Silicon Labs is doing business in California and, on information and belief, has a principal place of business at 4635 Boston Lane, Austin, TX  78735.  Silicon Labs may be served with process by serving its registered agent, C T Corporation System, 818 West Seventh Street, Los Angeles, CA  90017.

8.  Skyworks, on information and belief, is a corporation organized under the laws of the State of Delaware.  Skyworks is doing business in California and, on information and belief, has a principal place of business at 5221 California Avenue, Irvine, CA  92612.  Skyworks may be served with process by serving its registered agent, C T Corporation, 818 West Seventh Street, Los Angeles, CA  90017.

9.  TI, on information and belief, is a corporation organized under the laws of the State of Delaware.  TI is doing business in California and, on information and belief, has a principal place of business at 12500 TI Blvd., Dallas, TX  75243.  TI may be served with process by serving its registered agent, C T Corporation System, 818 West Seventh Street, Los Angeles, CA  90017.

## JURISDICTION AND VENUE

10. This is an action for infringement of a United States patent.  Accordingly, this action arises under the patent laws of the United States of America, 35 U.S.C. Section 1 *et seq.*, and jurisdiction is properly based on Title 35 United States Code, particularly Section 271, and Title 28 United States Code, particularly Section 1338(a).

3

11. Broadcom, upon information and belief, transacts business in this judicial district by manufacturing, selling, offering to sell, or using products and/or systems as described and claimed in United States patent no. 4,567,602 ("the '602 patent"), the patent at issue in this lawsuit, and/or by conducting other business in this judicial district.

12. IBM, upon information and belief, transacts business in this judicial district by selling, offering to sell, or using products and/or systems as described and claimed in the '602 patent, by providing services that utilize products and/or systems as described and claimed in the '602 patent and/or by conducting other business in this judicial district.

13. Infineon, upon information and belief, transacts business in this judicial district by selling, offering to sell, or using products and/or systems as described and claimed in the '602 patent, by providing services that utilize products and/or systems as described and claimed in the '602 patent and/or by conducting other business in this judicial district.

14. National Semiconductor, upon information and belief, transacts business in this judicial district by selling, offering to sell, or using products and/or systems as described and claimed in the '602 patent, by providing services that utilize products and/or systems as described and claimed in the '602 patent and/or by conducting other business in this judicial district.

15. Prairiecomm, upon information and belief, transacts business in this judicial district by selling, offering to sell, or using products and/or systems as described and claimed in the '602 patent, by providing services that utilize products and/or systems as described and claimed in the '602 patent and/or by conducting other business in this judicial district.

16. Silicon Labs, upon information and belief, transacts business in this judicial district by selling, offering to sell, or using products and/or systems as described and claimed in the '602 patent, by providing services that utilize products

4

COMPLAINT FOR
PATENT INFRINGEMENT

1    and/or systems as described and claimed in the '602 patent and/or by conducting other

2    business in this judicial district.

3        17. Skyworks, upon information and belief, transacts business in this judicial

4    district by selling, offering to sell, or using products and/or systems as described and

5    claimed in the '602 patent, by providing services that utilize products and/or systems

6    as described and claimed in the '602 patent and/or by conducting other business in this

7    judicial district.

8        18. TI, upon information and belief, transacts business in this judicial district

9    by selling, offering to sell, or using products and/or systems as described and claimed

10   in the '602 patent, by providing services that utilize products and/or systems as

11   described and claimed in the '602 patent and/or by conducting other business in this

12   judicial district.

13       19. Venue is proper in this court under Title 28 United States Code sections

14   1391(b) and 1400(b).

15
                            **FIRST CLAIM FOR RELIEF**
16
        **(Infringement of U. S. Patent No. 4,567,602 Against All Defendants)**
17

18       20. On January 28, 1986, United States patent no. 4,567,602 ("the '602 patent")

19   entitled "Correlated Signal Processor" was duly and legally issued.  A true and correct

20   copy of the '602 patent is attached as Exhibit A.

21       21. Pursuant to 35 U.S.C. section 282, the '602 patent is presumed valid.

22       22. Digcom is the exclusive licensee of the '602 patent, having been granted

23   the exclusive right to sub-license the '602 patent, and at all times relevant hereto, has

24   had the sole right to sue and recover for infringement of the '602 patent.

25       23. Broadcom, on information and belief, manufactures, uses and sells

26   products and equipment for operation in GSM/GPRS networks, including without

27   limitation, Broadcom's ML2011 GSM Single-Chip Baseband Processor, as well as its

28   BCM2021 and BCM2121 GSM and GPRS Single-Chip Baseband Processors.  On

                                            5                    COMPLAINT FOR
                                                                 PATENT INFRINGEMENT

information and belief, Broadband has in the past infringed one or more claims of the '602 patent, including, but not limited to, claims 1, 6, and 12, by manufacturing, using and selling such products.

24. IBM, on information and belief, manufactures, uses and sells products and equipment for operation in GSM/GPRS networks, including without limitation, IBM's CQT 2010 Communication Applications Specific Processor ("CASP"), CQT 2020 audio/RF interface, and CST 2030 transceiver, as well as its Tri-Band GSM-XL 2 Communication Application Specific Processor ("CASP"). On information and belief, IBM has in the past infringed one or more claims of the '602 patent, including, but not limited to, claims 1, 6, and 12, by manufacturing, using and selling such products.

25. Infineon, on information and belief, manufactures, uses and sells products and equipment for operation in GSM/GPRS networks, including without limitation, Infineon's GOLD GSM One-Chip Logic Devices and its GAIM GSM Analog Interface Module, as well as its PMB products 2200, 2240, 2245, 2411, 2706, 2707, 2708, 2800, 2900, 2905, 2906, 6250, 6253, 6256, 6850 and 8880.. On information and belief, Infineon has in the past infringed one or more claims of the '602 patent, including, but not limited to, claims 1, 6, and 12, by manufacturing, using and selling such products.

26. National Semiconductor, on information and belief, manufactures, uses and sells products and equipment for operation in GSM/GPRS networks, including without limitation, National Semiconductor's LMX 3150 Modulation Synthesizers, LMX 3403 Analog Baseband Chipset, LMX 3405 Digital Baseband GSM Chipset, LMX 3401 Radio Transceiver GSM Chipset, LMX 3406 Power Management Unit for GSM, LMX 3415 Digital Baseband for GSM, and LMX 3888 GSM/GPRS Modules. On information and belief, National Semiconductor has in the past infringed one or more claims of the '602 patent, including, but not limited to, claims 1, 6, and 12, by manufacturing, using and selling such products.

6

COMPLAINT FOR
PATENT INFRINGEMENT

27. Prairiecomm, on information and belief, manufactures, uses and sells products and equipment for operation in GSM/GPRS networks, including without limitation, Prairiecomm's  PCI 3700 TIA/EIA-136 GSM/GPRS Integrated Baseband Processor, PCI 3800 EDGE Integrated Baseband Processor, and PCI 5110 UMTS(WCDMA)/GSM/GPRS Digital Baseband Processor.  On information and belief, Prairiecomm has in the past infringed one or more claims of the '602 patent, including, but not limited to, claims 1, 6, and 12, by manufacturing, using and selling such products.

28. Silicon Labs, on information and belief, manufactures, uses and sells products and equipment for operation in GSM/GPRS networks, including without limitation, Silicon Labs' Aero/Aero+ GSM/GPRS Transceiver Chipsets, GSM 900, DCS 1800 and PCS 1900, as well as its Si4201 Universal Baseband Interface Chip and Si4200 products.  On information and belief, Silicon Labs has in the past infringed one or more claims of the '602 patent, including, but not limited to, claims 1, 6, and 12, by manufacturing, using and selling such products.

29. Skyworks, on information and belief, manufactures, uses and sells products and equipment for operation in GSM/GPRS networks, including without limitation, Skyworks'CX805 and CX815 Baseband processors for multi-band GSM/GPRS applications, CX74017 Direct Conversion Transceiver, CX77304 PA Module Dual-band GSM850 PCS 1900/GPRS, Tri-band EGSM900 DCS 1800 PCS 1900/GPRS, CX20505 Integrated Analog Device for GSM/GPRS applications, CX20524 Mixed Signal Device for GSM/GPRS, GSM/GPRS Software Stack/Man-Machine Interface API, M46 GSM Digital Baseband Processor, CX20420 Integrated Analog Device, Wireless Local Loop Base Station using TDMA, DECT or GSM Air interfaces, and CX74017 RF Transceiver for Multi-band GSM, GPRS and EDGE applications.  On information and belief, Skyworks has in the past infringed one or more claims of the '602 patent, including, but not limited to, claims 1, 6, and 12, by manufacturing, using and selling such products.

COMPLAINT FOR
PATENT INFRINGEMENT

30. TI, on information and belief, manufactures, uses and sells products and equipment for operation in GSM/GPRS networks, including without limitation, TI's TCM4400E GSM/DCS Baseband and Voice A/D and D/A RF Interface Circuit, TCS 2500 GPRS-GSM chip-set, TWL 3012 Analog Baseband Chip, TWL3014 multislot I/Q chip, OMAP™ 710 integrated GSM/GPRS processor, TCS2500 GPRS-GSM products, TBB1100 Digital Baseband products/systems, TCS1110 Chipset Solution for GSM Handset, TCS2010 GSM ultra-low power device (ULPD), TCS2100 Chipset for Class 12 GPRS Handsets, TCS2200 GSM/GPRS Chipset for Multimedia Java Handsets, TCS2500 GSM/GPRS Multimedia Chipset, TCS2600 GPRS Chipset for High-performance Multimedia Smartphones, TCS4105 UMTS Chipset Solution paired with the OMAP1610 Processor, TCS2620 GPRS Chipset for High-performance Multimedia Smartphones, and TRF6151 RF Transceiver (GSM/GPRS). On information and belief, TI has in the past infringed one or more claims of the '602 patent, including, but not limited to, claims 1, 6, and 12, by manufacturing, using and selling such products.

31. On information and belief, Broadcom knew of the '602 patent since at least as early as February 2003 and nonetheless willfully infringed such patent.

32. On information and belief, IBM knew of the '602 patent since at least as early as January 2000 and nonetheless willfully infringed such patent.

33. On information and belief, Infineon knew of the '602 patent since at least as early as January 1999 and nonetheless willfully infringed such patent.

34. On information and belief, National Semiconductor knew of the '602 patent since at least as early as January 2000 and nonetheless willfully infringed such patent.

35. On information and belief, Prairiecomm knew of the '602 patent since at least as early as October 2002 and nonetheless willfully infringed such patent.

36. On information and belief, Silicon Laboratories knew of the '602 patent since at least as early as October 2002 and nonetheless willfully infringed such patent.

8

37. On information and belief, Skyworks knew of the '602 patent since at least as early as October 2002 and nonetheless willfully infringed such patent.

38. On information and belief, Texas Instruments knew of the '602 patent since at least as early as March 2001 and nonetheless willfully infringed such patent.

39. The infringement of the '602 patent alleged above has injured Digcom and, thus, Digcom is entitled to recover damages adequate to compensate for Broadcom's, IBM's, Infineon's, National Semiconductor's, Prairiecomm's, Silicon Laboratories', Skyworks', and Texas Instruments' infringement, in an amount to be ascertained at trial, which in no event can be less than a reasonable royalty.

## PRAYER FOR RELIEF

Wherefore, Digcom prays for entry of judgment:

1.    that defendants Broadcom, IBM, Infineon, National Semiconductor, Prairiecomm, Silicon Laboratories, Skyworks, and Texas Instruments have infringed one or more claims of the '602 patent;

2.    that defendants Broadcom, IBM, Infineon, National Semiconductor, Prairiecomm, Silicon Laboratories, Skyworks, and Texas Instruments account for and pay to Digcom all damages caused by the infringement of the '602 patent, in an amount to be ascertained at trial, which by statute can be no less than a reasonable royalty;

3.    that Digcom be granted pre-judgment and post-judgment interest on the damages caused to it by reason of the infringement of the '602 patent by Broadcom, IBM, Infineon, National Semiconductor, Prairiecomm, Silicon Laboratories, Skyworks, and Texas Instruments;

4.    that this be considered an exceptional case;

5.    that Digcom be granted treble damages;

6.    that Digcom be granted its attorneys' fees in this action;

7.    that costs be awarded to Digcom; and

9

1           8.    that Digcom be granted such other and further relief as the Court

2   may deem just and proper

3   Dated: January ___, 2004

4                                 MAZZARELLA, DUNWOODY & CALDARELLI
                              L.L.P.

5

6                       By:_____

7                                 Dana J. Dunwoody
                              Attorney for Plaintiff Digcom, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          10                          COMPLAINT FOR
                                                PATENT INFRINGEMENT

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>04CV0093 LAB(BLM) | DATE FILED<br>01-14-04 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>Digcom, Inc. | | DEFENDANT<br><br>Broadcom Corp; IBM; Infieon Technologies North America Corp; National Semiconductor Corp; Prairiecomm, Inc.; Silicon Laboratories, Inc.; Skyworks, Inc; Texas Instruments, Inc. |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 4,567,602 | 01-28-86 | Digcom, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENTEE |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| | | |
| CLERK | (BY) DEPUTY CLERK | DATE |

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

## I. (a) PLAINTIFFS
DIGCOM, INC., a California Corporation

## DEFENDANTS
BROADCOM CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; INFINEON TECHNOLOGIES NORTH AMERICA CORP.; NATIONAL SEMICONDUCTOR CORPORATION; PRAIRIECOMM, INC.; SILICON LABORATORIES, INC.; SKYWORKS, INC.; TEXAS INSTRUMENTS, INC.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Mazzarella, Dunwoody & Caldarelli, LLP
550 West "C" Street
Suite 700
San Diego, CA 92101
619-238-4900

ATTORNEYS (IF KNOWN)

'04 CV 00093 LAB (BLM)

ORIGINAL

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
35 U.S.C. Section 1 et. seq.  Patent action.

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | SOCIAL SECURITY | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Conditions | | | |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ To be proven
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   Docket Number _____

DATE
January 14, 2004

SIGNATURE OF ATTORNEY OF RECORD

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

PD $150.00   1/14/04 # 100035 VO